**Mary Rose Smith, Appellant, v. Pioneer Trust & Savings Bank, Appellee.**

**Gen. No. 46,988.** 

First District, Second Division.

April 9, 1957.

Released for publication May 21, 1957.

David Reiff and Alexander J. Reiff, both for appellant, David Reiff, of counsel; Crowe, Yates, Abrahamson & Fisk, for appellee, Burt A. Crowe, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.